UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devyn SOLO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN ASSOCIATE OF<br>UNIVERSITY WOMEN, et al.,<br><br>　　　　　　　Defendants. | Case No.: 15-cv-1356-WQH-AGS<br><br><br>**ORDER** |

On August 13, 2018, plaintiff's counsel submitted a document (ECF No. 111) entitled "Plaintiffs' Submission Re Magistrate Judge's Orders." Although the pleading references some of the Orders issued by the Court, it does not identify any order which it specifically is in response to, nor does it identify a particular motion it purports to respond to. It contains no prayer for relief and seeks no specific relief.

Instead, this pleading appears to be an attempt by plaintiff's counsel to submit a general response to all proceedings since July 25, 2018, or possibly a particular response to the Court's August 8, 2018 show cause hearing. If that is the purpose of the pleading, it is unauthorized and was improperly filed.

First, it is late and plaintiff's counsel failed to seek leave of the Court to file an out-of-time response. Second, the August 8, 2018 hearing required plaintiff's counsel to be present. The order setting that August 8, 2018 hearing did not authorize a response in writing. Even if the Court were to consider counsel's August 13, 2018 pleading, it fails to provide sufficient information and in fact raises issues which require additional information. The reason counsel was ordered to personally appear was not only to show cause why sanctions should not be imposed, but was also so counsel could respond to the Court's inquiries. Not only did counsel fail to appear as ordered, it now seems he has

1

unilaterally elected to provide a written response to excuse his behavior, rather than personally appearing.

Litigants and counsel are not free to choose which hearings they will attend and which they will not. The August 13, 2018 pleading contains no prayer for relief, nor does the pleading appear to request specific relief. Consequently, no relief will be granted.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE