1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVYN SOLO, by and through her Mother, ROSALIND SOLO; ROSALIND SOLO,<br><br>   Plaintiffs,<br><br>vs.<br><br>AMERICAN ASSOCIATION OF UNIVERSITY; AMERICAN ASSOCIATION OF UNIVERSITY WOMEN OF THE STATE OF CALIFORNIA; REGENTS OF THE UNIVERSITY OF CALIFORNIA; DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 15cv1356-WQH-AGS<br><br>**ORDER RE: JOINT MOTION TO DISMISS BY ALL PARTIES**<br><br>Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Andrew G. Schopler<br><br>Action Filed: June 21, 2015 |

**ORDER**

Upon consideration of the Joint Motion to Dismiss by All Parties in light of the Parties' agreement to completely settle and resolve these proceedings, the Court GRANTS the motion and orders as follows:

It is hereby ORDERED that: This matter is DISMISSED WITH PREJUDICE. Each Party shall bear their/its own costs and attorneys' fees.

**SO ORDERED.**

Dated: October 28, 2019

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court